IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01574-REB-MEH

NANCY FROMHART, an individual,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2006.**

    For good cause shown, the Unopposed Motion for Agreed Protective Order [Filed November 27, 2006; Docket #18] is **granted**.   The Protective Order shall enter separately.