**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01574-REB-MEH

NANCY FROMHART, an individual,

      Plaintiffs,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA, a Delaware corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before the court on the **Stipulation of Dismissal** [#29], filed March 23, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal** [#29], filed March 23, 2007, is **APPROVED**;

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for February 4, 2008, is **VACATED**; and

4.  That the jury trial set to commence February 25, 2008, is **VACATED**.

Dated March 26, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**